**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-2024**

In re: DAVID HILL,

        Petitioner.

On Petition for Writ of Mandamus.  (1:01-cr-00191-CMH-1)

Submitted:  December 14, 2021                  Decided:  January 6, 2022

Before GREGORY, Chief Judge, AGEE, Circuit Judge, and SHEDD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

David Hill, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Hill petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on several motions filed in Hill's criminal case. Hill seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that, by order entered on October 25, 2021, the district court denied all of the motions identified in the instant mandamus petition. *See United States v. Hill*, No. 1:01-cr-00191-CMH-1 (E.D. Va. PACER No. 404). Accordingly, because the district court recently decided Hill's motions, we deny the mandamus petition as moot and deny as unnecessary Hill's motion to take judicial notice of letters he received from this court and from the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*